# Exhibit B


(http://www.collincountytx.gov)

Back to Case Search Results

# Case Details

## Case History

**Case Number**
471-00912-2022

**Date Filed**
02/23/2022

**Case Type**
All Other Civil Cases

**Status**
Pending

**Style**
James Phillip Waldron, Plaintiff, v. AT&T, Inc., Defendant.

**Judicial Officer**
Bouressa, Andrea in 471st District Court

## Parties

| Type | Name | DOB | Attorney | Address |
|---|---|---|---|---|
| Defendant | AT&T Inc. | | Pro Se | Registered Agent - CT Corporation System, 1999 Bryan St.., Suite 900, Dallas, TX 75201-3136 |
| Plaintiff | Waldron, James Phillip | | Wm. Charles Bundren | Bundren Law Group, PLLC, Wm. Charles Bundren, Esq., 2591 Dallas Parkway, Suite 300, Frisco, TX 75034 |

## Case Events

| Date | Event | |
|---|---|---|
| 02/23/2022 | Plaintiff's Original Petition (OCA) $371.00 | Less |
| Comments: | Plaintiff's Original Petition For Declaratory And Injunctive Relief | |

| Date | Event |
|---|---|
| 02/25/2022 | Request for Citation $8.00 |
| 02/25/2022 | Citation |
| 03/24/2022 | Request for Citation $8.00 |
| 03/24/2022 | Citation |

| Date | Event | |
|---|---|---|
| 04/04/2022 | Service Return | Less |
| Comments: | Affidavit of Service - AT&T, Inc. | |

## Financial Summary

| Party Type | Charges | Payments | Balance |
|---|---|---|---|
| Plaintiff | $387.00 | $387.00 | $0.00 |

## Transactions

| Date | Amount | |
|---|---|---|
| 02/25/2022 | $379.00 | Less |
| Description: | Transaction Assessment | |

| Date | Amount | |
|---|---|---|
| 02/25/2022 | ($242.00) | Less |
| Payor: | Waldron, James Phillip | |
| Receipt: | Receipt # DC-04206-2022 | |
| Description: | Payment | |

| Date | Amount | |
|---|---|---|
| 02/25/2022 | ($137.00) | Less |
| Description: | State Credit | |

| Date | Amount | |
|---|---|---|
| 03/24/2022 | $8.00 | Less |
| Description: | Transaction Assessment | |

| Date | Amount | |
|---|---|---|
| 03/24/2022 | ($8.00) | Less |
| Payor: | Waldron, James Phillip | |
| Receipt: | Receipt # DC-06516-2022 | |
| Description: | Payment | |

Back to Case Search Results

Copyright © 2022 Collin County Texas * All Rights Reserved * 972.548.4100 (McKinney) * 972.424.1460(Metro)

Privacy & Accessibility (http://www.collincountytx.gov/Pages/privacy.aspx)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service (https://policies.google.com/terms) apply.