IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES PHILLIP WALDRON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-cv-00317 |
| | § | |
| AT&T, INC., | § | |
| *Defendant*. | § | |

## SUPPLEMENT TO NOTICE OF REMOVAL

Defendant AT&T, Inc. ("Defendant") removed this action from the 471st Judicial District Court of Collin County, Texas to the United States District Court for the Eastern District of Texas, Sherman Division on Friday, April 15, 2022 (ECF 1), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. The Collin County courts were closed in observance of Good Friday, and Defendant was unable to obtain a certified copy of the docket sheet.  AT&T is refiling Exhibit B to the Notice of Removal. A certified copy of the Collin County State Court Docket Sheet for Case No. 471-00912-2022 is attached as Exhibit B.

Respectfully Submitted,


*/s/ Thomas G. Yoxall*
**Thomas G. Yoxall**
   Texas Bar No. 00785304
   tyoxall@lockelord.com
**Matthew H. Davis**
   Texas Bar No. 24069580
   mdavis@lockelord.com
**Tatianna J. Witter**
   Texas Bar No. 24127424
   tatianna.witter@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANT AT&T**


**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system and/or facsimile and/or certified mail, return receipt requested on this 18th day of April 2022.


*/s/ Thomas G. Yoxall*
Counsel for Defendant