UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 4:22-cv-00317

Name of party requesting extension: AT&T Inc.

Is this the first application for extension of time in this case?    ✔ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 3/24/2022

Number of days requested:    ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 5/20/2022    *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Thomas G. Yoxall
State Bar No.: 00785304 (TX)
Firm Name: Locke Lord LLP
Address: 2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Phone: 214-740-8000
Fax: 214-740-8800
Email: tyoxall@lockelord.com

A certificate of conference does not need to be filed with this unopposed application.