# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES PHILLIP WALDRON | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22cv317 |
| | § | |
| v. | § | Judge Mazzant |
| | § | |
| AT&T, Inc. | § | |
| Defendant. | § | |

## ORDER

The parties have filed a Joint Motion to Modify Deadlines in Order Governing Proceedings (Dkt. #9), proposing new deadlines governing these proceedings. The Court finds the motion should be and hereby is GRANTED, and hereby modifies the following deadlines:

1. Plaintiff will replead his state petition as a federal complaint and file on or before: **May 31, 2022**.

2. Attorney Charles Bundren will file his motion to withdraw as counsel for plaintiff on or before: **June 6, 2022**.

3. Attorney Charles Bundren will file any motion to intervene on behalf of his law firm on or before: **June 13, 2022**.

4. Defendant will file its first responsive pleading on or before: **June 30, 2022**.

5. The parties will conduct a final Rule 26(f) attorney conference on or before: **July 20, 2022**.

6. The parties will complete initial mandatory disclosures on or before: **August 1, 2022**.

7. The parties will file a joint report of attorney conference by: **August 10, 2022**.

8. The case is reset for a Rule 16 management conference on **Wednesday, August 24, 2022**, at **9:00 a.m.** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.

IT IS SO ORDERED.

SIGNED this 7th day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE