IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES PHILLIP WALDRON, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| AT&T, Inc. | § § § | CIVIL ACTION NO. |
| Defendant. | § § § | 4:22-cv-00317-ALM |
| | § § § | JUDGE MAZZANT |
| | § § | **UNOPPOSED MOTION** |

## WM. CHARLES BUNDREN, ESQ. UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

TO THE HONORABLE COURT:

Wm. Charles Bundren, Esq. respectfully request that he be permitted to withdraw as counsel of record in this action for Plaintiff. Plaintiff will continue to be represented by Michael McColloch, Esq. and Karen Cook, Esq.

Respectfully submitted,

By: /s/ Charles Bundren
 **BUNDREN LAW GROUP, PLLC**
Wm. Charles Bundren, Esq.
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

(214) 808-3555   Telephone
(972) 624-5340   Facsimile
e-mail:   charles@bundrenlaw.net
**ATTORNEY FOR PLAINTIFF:**
**JAMES PHILLIP WALDRON**

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that this document has been filed by electronic means through the court's CM/ECF electronic filing system on the date indicated below.

## CERTIFICATE OF SERVICE UNDER LOCAL RULE

Pursuant to LOCAL RULE CV-5 (c)&(d) of the Local Civil Rules of the United States District Court for the Eastern District of Texas, Notice of Electronic Filing of this document automatically generated by this Court's CM/ECF system constitutes service of this document under Federal Rule of Civil Procedure 5(b)(2)(E) and is sufficient service by serving the parties indicated below. In accordance with the United States District Court for the Eastern District of Texas Local Rule CV-5(a)(7)(D) a copy of this document was served opposing counsel in electronic form by serving all legal counsel as indicated below.

## CERTIFICATE OF SERVICE

This is to certify that on this 7th Day of June, 2022, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure and the United States District Court for the Eastern District of Texas Local Rules on all legal counsel of record for any party by serving the following:

Thomas G. Yoxall, Esq.
Texas Bar No. 00785304
tyoxall@lockelord.com
Matthew H. Davis, Esq.
Texas Bar No. 24069580
mdavis@lockelord.com
Tatianna J. Witter, Esq.

Texas Bar No. 24127424
Tatianna.witter@lockelord.com
**LOCKE LORD LLP**
2200 Ross Ave., Suite 2800
Dallas, TX 75201
Phone:            214-740-8000
Facsimile: 214-740-8800
**ATTORNEY FOR DEFENDANT:**
**AT&T, INC.**

S. Michael McColloch, Esq.
**S. MICHAEL MCCOLLOCH PLLC**
6060 N. Central Expressway, Suite 500
Dallas, TX 75206
Phone:            214-643-6055
Email:            SMM@McColloch-law.com
**ATTORNEY FOR PLAINTIFF:**
**JAMES PHILIP WALDRON**

Karen L. Cook, Esq.
**KAREN COOK LAW PLLC**
6060 N. Central Expressway, Suite 500
Dallas, TX 75206
Phone:            214-643-6054
Email:            Karen@Karencooklaw.com
**ATTORNEY FOR PLAINTIFF:**
**JAMES PHILIP WALDRON**

__x__ by the Court's CM/ECF Pacer electronic filing System pursuant to FRCP 5(b)(2)(E) and 5(b)(3), and LOCAL RULE CV-5 (c)&(d),

____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to FRCP 5(b)(2)(C),

____ by email at the email address indicated above pursuant to FRCP 5(b)(2)(E), and in accordance with the United States District Court for the Eastern District of Texas Local Rule CV-5(a)(7)(D) a copy of this document was served opposing counsel in electronic form by serving opposing counsel at the email addresses listed herein.

and/or

____ by hand delivery service on the date indicated above pursuant to FRCP 5(b)(2)(A) and (B).

                                    By: /s/ Charles Bundren
                                    **ATTORNEY FOR PLAINTIFF:**
                                    **JAMES PHILLIP WALDRON**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel has complied with the meet and confer requirements in LOCAL RULE CV-7(h). Plaintiff's counsel has conferred with counsel for Defendant and Plaintiff this Motion is unopposed.

                                    By: /s/ Charles Bundren, Esq.
                                    **BUNDREN LAW GROUP, PLLC**
                                    **ATTORNEY FOR PLAINTIFF:**
                                    **JAMES PHILIP WALDRON**