IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES PHILLIP WALDRON, § § Plaintiff, § § v. § § AT&T, Inc. § § Defendant. § § § § § | CIVIL ACTION NO. 4:22-cv-00317-ALM JUDGE MAZZANT |

**ORDER GRANTING WM. CHARLES BUNDREN, ESQ. UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Before the Court is the unopposed motion of Wm. Charles Bundren, Esq. to withdraw as counsel for Plaintiff. Having considered the Motion, the Motion is GRANTED.

It is **ORDERED** that Wm. Charles Bundren, Esq. is withdrawn as counsel of record for Plaintiff.