IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES PHILLIP WALDRON, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> AT&T, Inc. § <br> § <br> Defendant. § | CIVIL ACTION NO.  4:22-cv-00317 <br> JUDGE MAZZANT |

**ORDER GRANTING WM. CHARLES BUNDREN, ESQ. UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Before the Court is the unopposed motion of Wm. Charles Bundren, Esq. to withdraw as counsel for Plaintiff (Dkt. #12). Having considered the Motion, the Court finds the Motion should be and hereby is GRANTED.

It is therefore **ORDERED** that Wm. Charles Bundren, Esq. is withdrawn as counsel of record for Plaintiff.

IT IS SO ORDERED.
SIGNED this 8th day of June, 2022.

*[signature: Amos Mazzant]*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE