IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES PHILLIP WALDRON, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO.  4:22-cv-00317-ALM |
| AT&T, Inc. | § § § | |
| Defendant. | § § | |

### ORDER GRANTING
### BUNDREN LAW GROUP, PLLC UNOPPOSED MOTION TO INTERVENE

Before the Court is the unopposed Motion of Bundren Law Group, PLLC to Intervene as a party-plaintiff in the above referenced matter. The Court, having considered the Motion to Intervene (Dkt. #14), finds the Motion should be and hereby is GRANTED.

It is therefore **ORDERED** that Bundren Law Group, PLLC may intervene as a party-plaintiff in the above referenced matter.

**IT IS SO ORDERED.**

SIGNED this 6th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE