IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES PHILLIP WALDRON, | § | |
|     Plaintiff, | § | |
| | § | CIVIL NO.  4:22-cv-00317-ALM |
| v. | § | |
| | § | |
| AT&T, INC., | § | |
|     Defendant | § | |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR FILING STATUS REPORT

Before the the parties' Joint Motion to Extend Deadline for Filing Status Report ("Motion") (Dkt. #19).  Having considered the Motion and record of the case, the Court hereby **GRANTS** the Motion.

It is therefore ORDERED that the deadline for filing a joint status report is extended to a date thirty (30) days after the timely filing of the last of the defense pleadings responsive to the amended complaint.

It is further ORDERED that the August 24, 2022 Scheduling Conference is CANCELLED, to be reset, as necessary.

**IT IS SO ORDERED.**
**SIGNED this 12th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE