# EXHIBIT 1

(Personal Identifying
Information Redacted)

BENNIE G. THOMPSON, MISSISSIPPI
CHAIRMAN

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
LIZ CHENEY, WYOMING
ADAM KINZINGER, ILLINOIS



U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225–7800

## One Hundred Seventeenth Congress

## Select Committee to Investigate the January 6th Attack on the United States Capitol

December 14, 2022

AT&T
Global Legal Demands Center
11760 U.S. Highway 1
Suite 300
North Palm Beach FL 33408
c/o Ms. Amanda Potter
Assistant VP – Senior Legal Counsel
ap540m@att.com

Dear AT&T:

In my capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol (the "Select Committee"), I issued a subpoena to AT&T on February 1, 2022, requesting various relevant records related to specific phone numbers.

In light of the Select Committee's successful efforts to obtain information key to its investigative mission and the advanced stage of the investigation, the Select Committee has determined that it no longer has a need to pursue the specific information relating to particular numbers that are covered by the subpoena. Further, the Select Committee will not attempt to obtain in the future any covered documents or information.

Therefore, through this letter, I hereby formally withdraw the subpoena issued to AT&T as it relates to the phone numbers listed in the Attachment to this letter and notify AT&T that it is no longer obligated to comply or produce records in response to said subpoena.

We appreciate your engagement with the Select Committee on this matter.

Sincerely,

Bennie G. Thompson
Chairman

AT&T
Page 2

## **Attachment**